# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

HEIDI BOWERMAN,

Plaintiff,

v.

FAY SERVICING, LLC,

Defendant.

Case No. 1:26-cv-06906-JLT-EGC

**ORDER DENYING MOTION FOR ADMINISTRATIVE RELIEF**

(Doc. 17)

On October 28, 2026, Plaintiff filed a "Motion for Administrative Relief Staying Auction Pending Case Resolution" pursuant to Local Rule 233. (Doc. 17). On October 29, 2026, Defendant Opposed the Motion. (Doc. 19).

The Court agrees with Defendant that this Motion is improper for several reasons. First, the Motion is brought pursuant to Local Rule 233. But Local Rule 233 states:

> Miscellaneous administrative matters which require a Court order may be brought to the Court's attention through a motion for administrative relief. Examples of matters that such motions may address include motions to exceed applicable page limitations; requests to shorten time on a motion; requests to extend a response deadline; requests to alter a briefing schedule; or requests to alter a discovery schedule that does not affect dispositive motion filing dates, trial dates, or the final pre-trial conference.

The Court finds that the relief sought by Plaintiff's motion is outside of the scope of the kind of "[m]iscellaneous administrative matters" governed by Local Rule 233.

Instead, Plaintiff's request would seem to be properly brought under Federal Rule of Civil Procedure 65 and Local Rules 230 and 231, each of which have their own procedural requirements that Plaintiff did not follow in the filing of the present motion.[1]

For the aforementioned reasons, Plaintiff's Motion for Administrative Relief, (Doc. 17), is hereby **DENIED**.

IT IS SO ORDERED.

Dated: **October 29, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE

[1] However, even under that procedural mechanism, the Court observes that Plaintiff seems to seek to enjoin a non-party to this suit, which would exceed this Court's authority. *See Zenith Radio Corp. v. Hazeltine Research, Inc.*, 395 U.S. 100, 112 (1969).; *James v. Scribner*, No. CV 07–880–TUC–RCC, 2010 WL 3942844, at *2 (E.D. Ca. Oct. 4, 2010).